JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:    702/948-8773

*Attorney for Defendant*
*Grant Morris Dodds*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA a foreign corporation,<br><br>　　　　　Plaintiff,<br>vs.<br><br>GRANT MORRIS DODDS, PLLC, a Nevada Professional Corporation, STEVEN L. MORRIS, a Nevada Resident, and JSD PROPERTIES, LLC, a Nevada Limited Liability Company,<br><br>　　　　　Defendants. | Case No.: 2:20-CV-01310-KJD-DJA<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT GRANT MORRIS DODDS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

　　　　Plaintiff and Grant Morris Dodds, PLLC ("Defendant") state the following:

　　　　1.　　The Complaint was filed on July 15, 2020.  (ECF No. 1).

　　　　2.　　Defendant accepted service on August 5, 2020.

　　　　3.　　Pursuant to the Federal Rules of Civil Procedure, Defendant has 21 days to file a response to the Complaint, or until August 26, 2020.

　　　　4.　　Defendant's counsel recently was away from the office for a few days and needs a brief extension of time to prepare a response to the Complaint.  Accordingly, the parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint from August 26, 2020 to **August 31, 2020**.

5. This short extension is being sought for good cause and not for the purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

| FORAN GLENNON PALANDECH PONZI & RUDLOFF PC | SANTORO WHITMIRE |
|---|---|
| */s/ Lee Gorlin* <br> AMY M. SAMBERG, ESQ. <br> Nevada State Bar No. 10212 <br> LEE GORLIN, ESQ. <br> Nevada State Bar No. 13879 <br> One Arizona Center <br> 400 East Van Buren Street, Suite 550 <br> Phoenix, AZ 85004 <br> Tel: 602.777.6230 <br> E-mail: asamberg@fgppr.com <br><br> *Attorney for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA* | */s/ James E. Whitmire* <br> JAMES E. WHITMIRE, ESQ. <br> Nevada State Bar No. 6533 <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, NV 89135 <br> Tel: 702.948.8771 <br> E-mail: jwhitmire@santoronevada.com <br><br> *Attorney for Defendant Grant Morris Dodds* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 27, 2020

- 2 -