Amy M. Samberg (NV Bar No. 10212)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Arizona Center
400 East Van Buren Street, Suite 550
Phoenix, Arizona 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099
E-Mail: asamberg@fgppr.com

Lee H. Gorlin (NV Bar No. 13879)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
E-mail: lgorlin@fgppr.com

*Attorneys for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GRANT, MORRIS, DODD, PLLC, a Nevada Professional Corporation, STEVEN L. MORRIS, LTD, a Nevada Corporation, STEVEN L. MORRIS, a Nevada Resident, and JSD PROPERTIES, LLC, a Nevada Limited Liability Company.<br><br>Defendants. | No. 2:20-cv-01310-KJD-DJA<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO RESPOND TO GRANT MORRIS DODDS PLLC's MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THIS DECLARATORY JUDGMENT ACTION (ECF Nos. 12/13)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Defendant Grant Morris Dodd, PLLC ("GMD"), by and through their respective counsel, that the time for National Union to file and serve its Response to GMD's Motion to Dismiss or, in the Alternative Stay this Declaratory Judgment Action (ECF Nos. 12 and 13) be extended by seven (7) days through and including September 21, 2020.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), National Union represents that points and authorities presented in GMD's Motion require additional time to review and to present adequate and thorough counter-argument and supporting authorities.  Further, with the necessities of working remotely due the ongoing COVID-19 pandemic additional time is required for counsel to prepare its Response and to obtain client review and approval of the Response.

Accordingly, the National Union and GMD hereby agree and stipulate to allow National Union until September 21, 2020 to file its Response to GMD's Motion.  Further, the parties respectfully request this honorable Court enter an Order providing the same.

DATED:  September 3, 2020

SANTORO WHITMIRE

By:  /s/ James E. Whitmire
James E. Whitmire Esq.
10100 W. Charleston Boulevard, Suite 250
Las Vegas, NV 89135

*Attorney for Defendant Grant Morris Dodds, PLLC*

DATED:  September 3, 2020

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By:     /s/ Amy M. Samberg
Amy M. Samberg, Esq.
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

Lee H. Gorlin, Esq.
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA*

IT IS SO ORDERED:

_____
UNITED STATES. DISTRICT JUDGE

DATED: September _4_, 2020.